**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELISSA MILLER,<br><br>      Plaintiff,<br><br>v.<br><br>SLOTKIN DEFECTIVE TRUST OF DECEMBER 14, 2012,<br><br>      Defendant. | No. 2:23-cv-00288-FWS<br><br>Bankr. Case No. 2:20-bk-12042-BB<br><br>Adversary Proceeding Case No. 2:20-ap-01672-BB<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES BANKRUPTCY JUDGE** |

Pursuant to Fed. R. Bankr. P. 9033, the court has reviewed the record in this matter, United States Bankruptcy Judge Sheri Bluebond's Report and Recommendation to District Court for Withdrawal of Reference as to Criminal Contempt (Dkt. 2 ("Report and Recommendation")), and has made a *de novo* determination. Based on the state of the record, as applied to the applicable law, and for the reasons set forth in the Court's Amended Order to Show Cause and Notice Charging Criminal Contempt (Dkt. 8), **IT IS ORDERED THAT**:

1. The Report and Recommendation is approved and accepted;

2. The reference is withdrawn pursuant to 28 U.S.C. § 157(d) for the limited purpose of considering criminal contempt proceedings against debtor Mark Abbey Slotkin; and

3. All other issues remain under jurisdiction of the bankruptcy court.

DATED: April 17, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE